THE STATE OF OHIO, APPELLANT, *v.* JACOT, APPELLEE.

[Cite as *State v. Jacot* (1995), 71 Ohio St.3d 1217.]

(No. 93–1182—Submitted January 10, 1995—Decided February 15, 1995.)

---

*Keith A. Shearer,* Wayne County Prosecuting Attorney, and *Daniel R. Lutz,* Assistant Prosecuting Attorney, for appellant.

*Eberhart & Buytendyk Co., L.P.A.,* and *Michael G. Buytendyk,* for appellee.

*Betty D. Montgomery,* Attorney General, *Richard A. Cordray,* State Solicitor, and *Simon B. Karas,* Deputy Chief Counsel, urging reversal for *amicus curiae,* Attorney General.

---

This cause is dismissed, *sua sponte,* as having been improvidently allowed.

DOUGLAS, WRIGHT, RESNICK, F.E. SWEENEY and PETREE, JJ., concur.

MOYER, C.J., and PFEIFER, J., dissent and would reverse the judgment of the court of appeals.

CHARLES R. PETREE, J., of the Tenth Appellate District, sitting for COOK, J.